UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE SHOMO, | ) CASE NO. 06 CV 2599BTM (JMA) |
| Plaintiff, | ) |
| vs. | ) **ORDER RE: JOINT MOTION TO DISMISS** |
| | ) **ENTIRE ACTION WITH PREJUDICE** |
| WORLD TROTTER COLLECTION AGENCY, INC. and THOMAS M. BUCHENAU, | ) |
| Defendants. | ) |

The parties have filed a Joint Motion to Dismiss the above-entitled action with prejudice. The Motion is **GRANTED**, and the above-entitled action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 2, 2007

_____
HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE